Appendix A

United States Courts
Southern District of Texas
**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

JUL 2 2 2024

Nathan Ochsner, Clerk of Court

Pamela E. Branch                        §
                                        §
versus                                  §      CIVIL ACTION NO. ___4:24cv2719___
                                        §
Cannon Design INC                       §
3737 Buffalo Speedway                   §
Houston, Texas 77095                    §

<u>EMPLOYMENT DISCRIMINATION COMPLAINT</u>

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:        Pamela E. Branch

      Address:                 23958 Dorrington Estates
                               Conroe, Texas 77385

      County of Residence:     Montgomery

3.    The defendant is:        Cannon Design Inv

      Address:                 _____

                               _____

☐     Check here if there are additional defendants. List them on a separate sheet of paper with

      their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on ___yes___

with the Equal Opportunity Commission.

5.    On the date of ___May 30th___, the plaintiff received a Notice of Right to Sue letter

issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

    (a) ☑ race

    (b) ☑ color

    (c) ☑ Sex

    (d) ☐ Religion

    (e) ☐ national orgin,

the defendant has:

    (a) ☐ failed to employ the plaintiff

    (b) ☑ terminated the plaintiff's employment

    (c) ☐ failed to promote the plaintiff

    (d) ☐ other: _____

_____

_____

7. When and how the defendant has discriminated against the plaintiff:

*Discharged May 02, 2023*
*I was discriminated against on the be basis*
*of my race, age & gender in violation of Title VII*

8. The plaintiff requests that the defendant be ordered:

    (a) ☐ to stop discriminating against the plaintiff

    (b) ☐ to employ the plaintiff

    (c) ☐ to re-employ the plaintiff

    (d) ☐ to promote the plaintiff

    (e) ☑ to *Pay Plaintiff for loss wages & punitive damages*

_____

_____ and that;

(f) ☐ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address: 23958 Dorrington Estates
Conroe, Texas 77385

_____

Telephone: 832 403 7359

3

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Pamela Branch


Re:  Pamela Branch v. CANNON DESIGN INC.
     EEOC Charge Number: 460-2023-06662


The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.


Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.


I hope this information is helpful. If you have questions, please contact GERARD LADERA by telephone at (346) 327-7656 or email at GERARD.LADERA@EEOC.GOV.


Sincerely,

05/22/2024                              GERARD LADERA
                                        INVESTIGATOR


Enclosure